UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HEALIXA INC.,

                          Plaintiff,

-against-

INTERNATIONAL MONETARY, a corporation
and JOHN DOE DEFENDANTS 1-10,

                         Defendants.
-------------------------------------------------------------------X

Civ. No. 2:24-cv-08347-NJC-ARL

ECF Case

AFFIDAVIT OF BLAINE RILEY

STATE OF NEVADA   )
                         : ss.:
COUNTY OF CLARK  )

I, BLAINE RILEY, being duly sworn, hereby deposes and says as follows:

1. I submit this affidavit in support of defendant International Monetary's ("Defendant's") removal of this action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York on December 4, 2024 (ECF No. 1); in response to this Court's Order to Show Cause (ECF Dkt. Entries December 13 and 26, 2024) (the "OTSC"); and in further support of the parties' joint letter application dated December 18, 2024 (ECF No. 9) (the "Joint Application").

2. I am an officer and director of Defendant.

3. I am authorized to submit this affidavit on behalf of Defendant.

4. Defendant was incorporated in the State of California.

5. Defendant's principal place of business is Newport Beach, California.

6. Defendant is a citizen of the State of California pursuant to 28 U.S.C. § 1332.

7. Defendant is not a citizen of any other state pursuant to 28 U.S.C. § 1332.

8. **Exhibit 1** attached hereto is a true and correct copy of plaintiff Healixa Inc.'s ("Plaintiff's") entity information maintained by the Nevada Secretary of State confirming Plaintiff is a domestic corporation organized and existing under the laws of the State of Nevada.

9. **Exhibit 2** attached hereto is a true and correct copy of Plaintiff's quarterly report filed with OTC Markets Group, Inc. for the period ending on September 30, 2024, confirming Plaintiff is incorporated under the laws of the State of Nevada only and its principal place of business is 51 Elm Street, Huntington, New York (see p. 2.).

10. Plaintiff previously confirmed that it is a Nevada Corporation and its principal place of business is 51 Elm Street, Huntington, New York in its Summons with Notice (ECF No. 1 at 7) and in the parties' Joint Application (ECF No. 9 at 1).

11. As the above confirms, Plaintiff is a corporation organized and existing under the laws of the State of Nevada only and its principal place of business is Huntington, New York.

12. Plaintiff is a citizen of Nevada and New York pursuant to 28 U.S.C. § 1332.

13. Plaintiff is not a citizen of any other state pursuant to 28 U.S.C. § 1332.

14. As previously found by this Court, Plaintiff is seeking damages as part of this action in excess of $2,700,000, plus punitive damages. (ECF No. 1 at p.3, ¶ 13 and Ex. A, p. 2; ECF Dkt. Entry December 13, 2024.)

15. I confirm that the foregoing is true and correct under penalty of perjury.

WHEREFORE, I respectfully request this Court retain jurisdiction of this action pursuant to 28 U.S.C. § 1332(a)(1) and grant the parties' Joint Application.

                                                          _____
                                                              BLAINE RILEY

Sworn to before me this __ day of December 2024

_____
Notary Public

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Orange___

On ___December 27, 2024___ before me, ___Akoni Miranda Jones, Notary Public___,
        Date                                             Here Insert Name and Title of the Officer
personally appeared ___Merlin Blaine III Riley___
                                                  Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: AKONI MIRANDA-JONES, Notary Public · California, Orange County, Commission # 2353102, My Comm. Expires Mar 27, 2025]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                             Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

―――――――――――― **OPTIONAL** ――――――――――――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: ___Affidavit___
Document Date: ___December 27, 2024___  Number of Pages: ___3___
Signer(s) Other Than Named Above: ___N/A___

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ___Merlin Blaine III Riley___
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: ___N/A___
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____