Aryeh Kaufman, Esq. (SBN: 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598

Mitchell C. Shapiro (*Admitted Pro Hac Vice*)
mcs@mcshapirolaw.com
**MCSHAPIRO LAW GROUP PC**
Three Grace Avenue, Suite 100
Great Neck, New York 11021
Tel: (917) 446-3628
Fax: (646) 304-7555

*Attorneys for Plaintiff, Healixa, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALIXA INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MONETARY, a corporation, MERLIN BLAINE (M.B.) RILEY, III; and JOHN DOE DEFENDANTS 1-10,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00572-RGK (ASx)<br><br>**STIPULATION REGARDING SETTLEMENT AND JUDGMENT**<br><br><br>Hon. R. Gary Klausner<br>United States District Judge |

Defendant International Monetary ("IM") and defendant Merlin Blaine (M.B.) Riley, III ("Riley") (collectively, the "IM Defendants"), and Plaintiff Healixa Inc. ("Healixa") (hereinafter IM, Riley and Healixa shall be collectively referred to

as the "Settling Parties"), by and through the Settling Parties' respective counsels of record, hereby stipulate and agree as follows:

1) The Settling Parties have reached a binding settlement in this matter, the terms and conditions of which are further set forth in a Confidential Settlement Agreement and Release dated February 12, 2026 (hereinafter the "Settlement Agreement");

2) This stipulation is entered into in accordance with, and subject to, the terms and conditions set forth in the Settlement Agreement, and should there be any terms or conditions in this stipulation that conflict with those in the Settlement Agreement, then the terms and conditions of the Settlement Agreement shall govern;

3) Judgment shall be entered forthwith against Defendants International Monetary and Riley, jointly and severally, in an amount totaling $4,390,000;

4) The IM Defendants' pending Motion for New Trial or Remittitur (ECF 187) is hereby withdrawn, with prejudice; and

5) The Parties shall cooperate in good faith to effectuate the terms and conditions of the Settlement Agreement by executing, exchanging and/or filing whatever additional necessary documents required or requested by the Court, reasonably requested by the Parties, or necessary to effectuate the terms and conditions of the Parties' Settlement Agreement.

Dated: February 12, 2026

Respectfully submitted by:

LAW OFFICE OF ARYEH KAUFMAN

By */s/ Aryeh Kaufman*
   Aryeh Kaufman, Esq.
   *Attorneys for Plaintiff Healixa, Inc.*

MCSHAPIRO LAW GROUP PC

By */s/Mitchell C. Shapiro*
   Mitchell C. Shapiro, Esq.
   *Attorneys for Plaintiff Healixa, Inc.*

Approved by:

MARQUIS AURBACH

By */s/ Alex Calaway*
   Alex Calaway, Esq.
   Chad Clement, Esq.
   *Attorneys for Defendants International Monetary and Blaine Riley*

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 12, 2026

LAW OFFICE OF ARYEH KAUFMAN/
MCSHAPIRO LAW GROUP PC

By      */s/ Mitchell C. Shapiro*
Mitchell C. Shapiro, Esq.
*Attorneys for Plaintiff Healixa Inc.*

Prepared by:
Aryeh Kaufman, Esq. (SBN: 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598
*Attorneys for Plaintiff Healixa Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2026, I electronically filed the foregoing document through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/ Mitchell C. Shapiro*
                                                       Mitchell C. Shapiro

STIPULATION REGARDING SETTLEMENT AND JUDGMENT